

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sandra Saldana DEFENDANT(S). | CASE NUMBER SACR 13-150-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **Friday, September 27**, **2013**, at **11:30** ☒a.m. / ☐p.m. before the Honorable **Arthur Nakazato**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **Sept. 24, 2013**

U.S. ~~District Judge~~/Magistrate Judge